IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIMOTHY CONLEY,

     Appellant,

v.

JULIE L. JONES, Secretary,
FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3396

Opinion filed June 15, 2016.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Timothy Conley, pro se, Appellant.

Kenneth Steely, General Counsel, Pamela Jo Bondi, Attorney General, and Jamie
M. Braun, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.